In the Matter of the Estate of VIOLET D. CRUGER, Deceased. FREDERIC H. CRUGER, as Administrator of the Estate of VIOLET D. CRUGER, Deceased, et al., Respondents; HENRY HEWER, Appellant.— Decree of the Surrogate's Court, Nassau County, adjudging that title to certain stock is vested in the estate of Violet D. Cruger, deceased, and order denying appellant's motion for a new trial, unanimously affirmed, with costs to petitioner-respondent [administrator], payable out of the estate. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See 274 App. Div. 801.]

In the Matter of the Accounting of FLORENCE R. HEIMANN, as Executrix of SYDNEY M. HEIMANN, Deceased, Respondent. REBECCA ARENWALD, as Testamentary Guardian of the Persons and Property of JOHN G. HEIMANN and Another, Infants, Appellant.— Decree of the Surrogate's Court, Westchester County, judicially settling the account of proceedings of respondent as executrix, etc., insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

In the Matter of the Application of STECKLOW BROTHERS, INC., Respondent, for an Order Confirming an Arbitration Award. CAROL MANAGEMENT CORPORATION et al., Appellants.— In a proceeding to confirm the award of a board of arbitrators, it is contended that the award should have been vacated on the ground that two of the arbitrators refused adequately to discuss the evidence with the third arbitrator. Judgment in favor of respondent unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

JENNIE LAPISARDI, Appellant, v. CITY OF NEW YORK, Respondent.— Action to recover damages for personal injuries suffered by plaintiff in a fall on an ice covered city street. Plaintiff appeals from a judgment in favor of the defendant, dismissing the complaint at the close of her case. Judgment unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

JOHN LOFTUS, Respondent, v. COLUMBIA RIBBON AND CARBON MANUFACTURING Co., INC., et al., Appellants.— Order denying appellants' motions to dismiss causes of action for assault, malicious prosecution and defamation, and to strike out certain allegations of the amended complaint, modified on the law by striking out everything following the words " be and the same hereby " in the first ordering paragraph and inserting in place thereof a provision granting the motions to the extent of dismissing all three causes of action as against the corporate appellant, and dismissing the first and third causes of action as against the individual appellant. As thus modified, the order is affirmed, with $10 costs and disbursements to appellants, with leave to plaintiff to serve an amended complaint against both appellants within ten days after the service of the order to be entered hereon. The respondent consents to the dismissal of the assault cause of action. The remaining allegations, largely conclusory, are insufficient to constitute causes of action for libel or slander, or to show that the corporate defendant participated in respondent's prosecution. Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.